**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MARQUIS MCGEE, | : | PRISONER ACTION |
|    Plaintiff, | : | 28 U.S.C. § 1331 |
| | : | |
| v. | : | |
| | : | |
| GREGORY MCLEOD, | : | CIVIL ACTION NO. |
|    Defendant. | : | 1:18-CV-1035-SCJ-JFK |

## **ORDER**

Plaintiff, who was not incarcerated at the time he filed this action, brings this counseled federal civil rights action under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), against Gregory McLeod. (Compl., ECF No. 1). The matter is before the Court for preliminary review.

Generally, this Court performs a preliminary review of prisoner complaints before service of process on defendants to determine whether the action is frivolous, malicious, fails to state a claim, or seeks damages from a defendant who is immune from such relief. See 28 U.S.C. § 1915A (requiring screening of prisoner complaints against governmental officials); 42 U.S.C. § 1997e(c) (governing review of actions brought by a prisoner with respect to prison conditions); 28 U.S.C. § 1915(e) (governing review of *in forma pauperis* actions). However, these screening provisions are inapplicable because Plaintiff was not a prisoner at the time that he filed this action

AO 72A
(Rev.8/82)

and is not proceeding *in forma pauperis*. Accordingly, Plaintiff is entitled to proceed as any other civil litigant.

**IT IS ORDERED** that, for the reasons stated above, this action is **ALLOWED TO PROCEED** as any other fee-paid civil action. Plaintiff, a non-prisoner, is responsible for service of process on Defendant.

**IT IS SO ORDERED**, this 20th day of March, 2018.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)